**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  New Jersey
                              (State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual           12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   National Management and Preservation Services LLC d/b/a National Field Network

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   EIN __ __ – __ __ __ __ __ __ __

5. **Debtor's address**

   Principal place of business

   4581 U.S. Highway 9
   Number     Street

   Suite 100

   Howell                         NJ       07731
   City                          State    ZIP Code

   Monmouth
   County

   Mailing address, if different

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City           State    ZIP Code

   Location of principal assets, if different from principal place of business

   _____
   Number     Street

   _____

   _____
   City           State    ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **National Management and Preservation Services LLC d/b/a National Field Network**    Case number (if known) _____

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | HTTPS://NationalFieldNetwork.com |

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY
     
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3:    Report About the Case**

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).
    
    *At least one box must be checked:*
    
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2

Debtor  National Management and Preservation Services  Case number (if known) _____
Name    LLC d/b/a National Field Network

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Garden State Property Services, Inc. | Book Account- Services Rendered | $293,517.40 |
| The Cole Team, Inc. | Book Account- Services Rendered | $93,604.23 |
| Eleuteria Sandra Hering d/b/a El Paso Construction | Book Account- Services Rendered | $284,158.46 |
| | Total of petitioners' claims | $671,280.09 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Garden State Property Services, Inc.
Name

2 Hollywood Blvd., Suite #8
Number   Street

Forked River         NJ         08731
City                 State      ZIP Code

Name and mailing address of petitioner's representative, if any

George Terebinsky
Name

2 Hollywood Blvd., Suite #8
Number   Street

Forked River         NJ         08731
City                 State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/06/2018
             MM / DD / YYYY

✗ s/s George Terebinsky
Signature of petitioner or representative, including representative's title
George Terebinsky

**Attorneys**

David E. Shaver, Esq.
Printed name

Broege, Neumann, Fischer & Shaver, L.L.C.
Firm name, if any

25 Abe Voorhees Drive
Number   Street

Manasquan            NJ         08736
City                 State      ZIP Code

Contact phone 732-223-8484   Email dshaver@bnfsbankruptcy.com

Bar number   DS 9825

State        NJ

✗ s/s David E. Shaver, Esq.
Signature of attorney

Date signed  04/06/2018
             MM / DD / YYYY

Debtor  National Management and Preservation Services  Case number (if known)_____
Name    LLC d/b/a National Field Network

**Name and mailing address of petitioner**

The Cole Team, Inc.
Name

5896 White Oak Trace
Number  Street

Conroe          TX        77304
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Walter Cole
Name

5896 White Oak Trace
Number  Street

Conroe          TX        77304
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/06/2018
             MM / DD / YYYY

✗  s/s Elizabeth Cole
Signature of petitioner or representative, including representative's title
Elizabeth Cole, President

---

David E. Shaver, Esq.
Printed name

Broege, Neumann, Fischer & Shaver, L.L.C.
Firm name, if any

25 Abe Voorhees Drive
Number  Street

Manasquan          NJ        08736
City               State     ZIP Code

Contact phone 732-223-8484  Email dshaver@bnfsbankruptcy.com

Bar number    DS 9825

State         NJ

✗  s/s David E. Shaver, Esq.
Signature of attorney

Date signed  04/06/2018
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Eleuteria Sandra Hering d/b/a El Paso
Name  Property Construction

808 El Parque Drive
Number  Street

El Paso         TX        79912
City            State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Eleuteria Sandra Hering
Name

808 El Parque Drive
Number  Street

El Paso         TX        79912
City            State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/06/2018
             MM / DD / YYYY

✗  s/s Eleuteria Sandra Hering
Signature of petitioner or representative, including representative's title
Eleuteria Sandra Hering

---

David E. Shaver, Esq.
Printed name

Broege, Neumann, Fischer & Shaver, L.L.C.
Firm name, if any

25 Abe Voorhees Drive
Number  Street

Manasquan          NJ        08736
City               State     ZIP Code

Contact phone 732-223-8484  Email dshaver@bnfsbankruptcy.com

Bar number    DS 9825

State         NJ

✗  s/s David E. Shaver, Esq.
Signature of attorney

Date signed  04/06/2018
             MM / DD / YYYY