BROEGE NEUMANN FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
732-223-8484
Attorneys for Petitioning Creditors
David E. Shaver, Esq.
DS 9825

UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:                                                  :

National Management and                 :    Chapter 7 Case No.
Preservation Services LLC d/b/a
National Field Network,                      :    Judge:

            Debtor.                                 :

## CORPORATE OWNERSHIP STATEMENT OF GARDEN STATE PROPERTY SERVICES, INC.

Garden State Property Services, Inc., a petitioning Creditor in the above-captioned Involuntary Chapter 7 case, hereby files its corporate ownership statement pursuant to Bankruptcy Rules 1010 and 7007.1.

The sole shareholder of Garden State Property Services, Inc. is George Terebinsky and no corporation, directly or indirectly, owns 10% or more of any class of the Corporation's equity interests and there are no entities to report under Bankruptcy Rules 1010 and 7007.1.

s/s George Terebinsky
George Terebinsky, President
Garden State Property Services, Inc.

Dated: April  6  , 2018