|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**RAVIN GREENBERG, LLC**<br>Brian L. Baker<br>24 Commerce Street<br>Suite 420<br>Newark New Jersey 07102<br>Telephone: (973) 226-1500<br>Facsimile: (973) 226-6888<br><br>*Counsel for National Management and Preservation Services LLC d/b/a National Field Network* |  |
| In Re:<br><br>**NATIONAL MANAGEMENT AND PRESERVATION SERVICES LLC d/b/a NATIONAL FIELD NETWORK**<br><br>   Alleged Debtor. | Chapter 7<br><br>Case No. 18-16859-CMG<br><br>Judge: Christine M. Gravelle, U.S.B.J. |

### CERTIFICATION OF DEBTOR IN SUPPORT OF APPLICATION TO CONVERT CHAPTER 7 CASE TO CHAPTER 11 CASE

I, Shari Nott, certify as follows:

1. I am the Chief Executive Officer of National Management and Preservation Services LLC d/b/a National Field Network ("National"), the alleged debtor in the above-captioned involuntary Chapter 7 case, and as such, I am familiar with the facts contained herein and I am authorized to make this Certification on behalf of National.

2. Pursuant to 11 U.S.C. §706, National hereby voluntarily elects to convert the Chapter 7 Case to one under Chapter 11 of the Bankruptcy Code.

3. The case was originally commenced as an involuntary Chapter 7 Case on April 6, 2018.

4. The case has not previously been converted under Bankruptcy Code §1112, §1208, or §1307.

I hereby certify that the foregoing statements are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: April 23, 2018                           By: /s/ Shari Nott
                                                    Shari Nott, CEO