**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RAVIN GREENBERG, LLC
Brian L. Baker
24 Commerce Street
Suite 420
Newark New Jersey 07102
Telephone: (973) 226-1500

*Counsel for National Management And Preservation Services LLC d/b/a National Field Network*

In Re:

**NATIONAL MANAGEMENT AND PRESERVATION SERVICES LLC d/b/a NATIONAL FIELD NETWORK**

Debtor.

Order Filed on April 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No. 18-16859-CMG

Judge: Christine M. Gravelle, U.S.B.J.

### ORDER FOR RELIEF UNDER CHAPTER 7; CONVERTING CASE TO CHAPTER 11; AND RESOLVING PETITIONING CREDITORS' MOTION FOR THE APPOINTMENT OF AN INTERIM CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: April 25, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of National Management And Preservation Services LLC and for good cause shown, it is

ORDERED that the Debtor consents to the entry for an order for relief under chapter 7; and it is further

ORDERED that this case is converted from chapter 7 to chapter 11, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

- ☐ ORDERED that if the movant is the debtor, and the filing fee for the underlying motion to convert has not been paid, the fee in the amount of is due immediately. If the fee is not paid within 14 days of the date of this order the case will be dismissed without further notice, and it is further

- ☐ ORDERED that if the case is converting from chapter 7, and the filing fee under that chapter was waived via prior order of this court, the Order is hereby revoked and the debtor must pay the chapter 11 filing fee in the amount of _____ in full or if the debtor is an individual, file an Application to Pay in Installments within 14 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that:

- ☐ the United State Trustee shall immediately appoint a chapter 11 trustee in this case, and it is further

ORDERED that the chapter 7 trustee shall:

- • immediately turnover to the debtor, or the chapter 11 trustee if one has been appointed, all records and property of the estate in his/her custody or control,

- ☐ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

- ☐ within 30 days of the date of this Order file a Request for Payment of Administrative Expenses, if appropriate, and it is further

ORDERED that:

- ☐ the conversion is conditioned upon payment by the debtor(s) of all allowed

chapter 7 administrative expenses within days, and it is further

ORDERED that:

☐    the case shall not be dismissed in the event the debtor is unsuccessful in confirming a plan, but shall be converted to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- pay any required filing fee,
- if the debtor is a corporation, a list of equity security holders as required by Fed. R. Bankr. P. 1007(a)(3),
- a list containing the debtor's 20 largest unsecured creditors as required by Fed. R. Bankr. P. 1007(d),
- required schedules and statement of financial affairs, and it is further

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed or converted to chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response in writing setting forth the reasons why the action would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period; and it is further

ORDERED that the Petitioning Creditors' Motion to appoint an interim chapter 7 trustee is moot by virtue of the Debtor's consent to entry of an order for relief under chapter 7 and for conversion of the case to a chapter 11.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-16859-CMG
National Management and Preservation Ser                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Apr 25, 2018
                              Form ID: pdf903          Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2018.
db             +National Management and Preservation Services LLC,    4581 U.S. Highway 9,    Suite 100,
                 Howell, NJ 07731-3382

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2018 at the address(es) listed below:
              Brian L. Baker    on behalf of Debtor    National Management and Preservation Services LLC
               bbaker@ravingreenberg.com
              David E. Shaver    on behalf of Petitioning Creditor    Eleuteria Sandra Hering
               dshaver@bnfsbankruptcy.com
              David E. Shaver    on behalf of Petitioning Creditor    The Cole Team, Inc.
               dshaver@bnfsbankruptcy.com
              David E. Shaver    on behalf of Petitioning Creditor    Garden State Property Services, Inc.
               dshaver@bnfsbankruptcy.com
              Derek J. Baker    on behalf of Creditor    Reverse Mortgage Solutions, Inc dbaker@reedsmith.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```