DocuSign Envelope ID: 6E725A1C-455E-428A-B6F3-EB88A15EE56E

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Attorneys for Plaintiff, Andrea Dobin, Chapter 7 Trustee*

Order Filed on December 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK, LLC, | Case No. 18-16859 (CMG) |
| | Honorable Christine M. Gravelle, U.S.B.J. |
| Debtor. | |
| ANDREA DOBIN, Trustee, | |
| Plaintiff | Adv. Pro. No. 20-1648 (CMG) |
| v. | **CONSENT JUDGMENT AGAINST DEFENDANT SHARI NOTT** |
| JACK JAFFA, SHARI NOTT and CHRISTOPHER CRANDELL, | |
| Defendants. | |

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: December 21, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

DocuSign Envelope ID: 6E725A1C4551-429A-B6F3-FB98A15EE56E

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Adv. Pro.: | Andrea Dobin, Chapter 7 Trustee v. Jaffa, *et al.* |
| Adv. Pro. No.: | 20-1648 (CMG) |
| Caption of Order: | Consent Judgment Against Defendant Shari Nott |

**THIS MATTER,** having been presented to the Court by McManimon, Scotland & Baumann, LLC, as counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"); and the Trustee having commenced an adversary proceeding in December 2020 against Shari Nott ("**Defendant**") seeking to recover accounts receivable pursuant to 11 U.S.C. § 542 ("**Accounts Receivable**"), fraudulent transfers pursuant to 11 U.S.C. §§ 544 and 548, and related causes of action as set forth in the Adversary Complaint ("**Complaint**"); and trial in the above-captioned matter having been scheduled for July 12, 2023; and Defendant having agreed to have this Consent Judgment relating to the Accounts Receivable entered in lieu of proceeding to trial on all claims asserted in the Complaint; and for good cause shown;

**IT IS ORDERED THAT:**

1.      Judgment is entered in favor of the Trustee and against Defendant in the amount of $1,485,000 as to Count One of the Complaint.

2.      The remaining counts of the Complaint as against Defendant Shari Nott are **DISMISSED** with prejudice.

3.      This adversary proceeding may be closed.

DocuSign Envelope ID: 6E725A1C-4551-4?8A-B?F3-FB3?A15EF56F

(Page 3)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Adv. Pro.: | Andrea Dobin, Chapter 7 Trustee v. Jaffa, *et al.* |
| Adv. Pro. No.: | 20-1648 (CMG) |
| Caption of Order: | Consent Judgment Against Defendant Shari Nott |

4.      The United States Bankruptcy Court for the District of New Jersey where Debtor's Chapter 7 case is pending retains jurisdiction to enforce the terms of this Consent Judgment.

**I HEREBY CONSENT TO THE FORM
AND ENTRY OF THE WITHIN ORDER**:

_____
SHARI NOTT                                    Dated:   8/7/2023

4878-2476-4016, v. 1