UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: National Field Network Bankruptcy

Case No.: 18-16859

Adversary No.: _____

Chapter: _____

Judge: Judge Gravelle

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE**: A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Walter Cole (The Cole Team Inc)
(Example: John Smith, creditor)

Old address: 1271 Landing Way
Trinity TX 75862

FILED
JEANNE A. NAUGHTON, CLERK
OCT 28 2024
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

New address: 597 Lakeview Dr Loop
Coldspring TX 77331

New phone no.: 936-203-8699
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 10-22-2024

Signature: Walter Cole

rev.8/1/2021

Patty Cole
597 Sceneridge Dr Loop
Coldspring TX 7733(?)

HOUSTON TX RPDC 773
23 OCT 2024 PM 1 L

Bankruptcy Court District of New Jersey
402 E State St
Trenton NJ 08608

08608-150759