UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**McMANIMON, SCOTLAND
& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ 08611
609.695.6070
*Attorneys for Andrea Dobin,
Chapter 7 Trustee*

In Re:

Case No.: _____

Chapter: _____

Judge:    Hon. C.M. Gravelle

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of     Andrea Dobin     . Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

Date: _____        */s/Scott D. Platton*_____
                                                                                Signature

*new.8/1/15*