**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Scott D. Platton (splatton@msbnj.com)
*Counsel to Andrea Dobin, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK,<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle<br><br>**Hearing Date and Time:**<br>**June 3, 2025 at 10:00 a.m.** |

**CERTIFICATION OF ANDREA DOBIN IN SUPPORT OF HER MOTION FOR AN ORDER AUTHORIZING THE DESTRUCTION OF RECORDS**

**ANDREA DOBIN**, of full age, by way of certification states as follows:

1. I am an attorney at law of the State of New Jersey and serve as the Chapter 7 Trustee in the bankruptcy proceeding of National Management & Preservation Services, LLC, d/b/a National Field Network (the "**Debtor**"). I submit this Certification in support of my Motion for an Order authorizing the destruction of records and, except where as noted, I have personal knowledge of the facts set forth herein.

2. On April 6, 2018 (the "**Petition Date**"), an involuntary Chapter 7 petition was filed against the Debtor under Chapter of the Bankruptcy Code (11 U.S.C. § 101, *et seq.*) in the United States Bankruptcy Court for the District of New Jersey.

3. On April 23, 2018, the Debtor filed a Motion to convert the Chapter 7 case to Chapter 11 (ECF 13), which was granted by Order entered April 25, 2018 (ECF 15).

4. On or about January 28, 2019, the Office of the United States Trustee filed a Motion to convert the Chapter 11 case to Chapter 7 (ECF 109), which was granted by Order entered April 2, 2019 (ECF 137).

5. On April 3, 2019, Bunce D. Atkinson (the "**Original Trustee**") was appointed to serve as the Chapter 7 Trustee (ECF 138 and 139).

6. On July 20, 2020, I was appointed as the successor Chapter 7 Trustee to the Original Trustee (ECF 178 and 179) and continue to serve in that capacity.

7. As part of the administration of the Estate, I acquired six (6) large bankers' boxes of records from Victor Deutch, of Deutch & Associates, LLC, during the adversary proceeding titled *Andrea Dobin, Chapter 7 Trustee v. Deutch & Associates, LLC*, Adv. Pro. No. 20-1647.

8. The adversary proceeding has ended due to the entry of a consent judgment, and Mr. Deutch is in the process of winding up his legal practice.

9. This case is now nearly 7 years old, and these records are no longer needed for the administration of the Estate or for the remaining adversary proceeding(s).

10. As such, it is my intention to destroy the physical copies of the records stored in the aforementioned six bankers' boxes that are in the possession of my accountants.

I certify under penalty of perjury that the foregoing is true and correct/.

By: */s/ Andrea Dobin*
ANDREA DOBIN

Dated: May 14, 2025

4910-2973-9020, v. 1