**McMANIMON, SCOTLAND
& BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Scott D. Platton (splatton@msbnj.com)
*Counsel to Andrea Dobin, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL MANAGEMENT &<br>PRESERVATION SERVICES, LLC, d/b/a<br>NATIONAL FIELD NETWORK,<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle<br><br>**Hearing Date and Time:**<br>**June 3, 2025 at 10:00 a.m.** |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN CONNECTION WITH THE TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING THE DESTRUCTION OF RECORDS**

**PLEASE BE ADVISED** that pursuant to D.N.J LBR 9013-1(a)(3) no brief is necessary to be presented in support of the Trustee's Motion for an Order Authorizing the Destruction of Records, as it does not involve any unique facts or novel issues of law.

        **McMANIMON, SCOTLAND &
        BAUMANN, LLC**
        *Counsel to Andrea Dobin,*
        *Chapter 7 Trustee*

    By:  */s/ Scott D. Platton*
          SCOTT D. PLATTON

Dated: May 14, 2025