| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin, Esq. (adobin@msbnj.com)<br>Scott D. Platton, Esq. (splatton@msbnj.com)<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | |
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

**ORDER AUTHORIZING THE DESTRUCTION OF RECORDS**
*Revised as of 5/27/25*

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Caption: | Order Authorizing the Destruction of Records |

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of National Management & Preservation Services, LLC, d/b/a National Field Network (the "**Debtor**"), by and through counsel, upon the filing of a motion for the entry of an order authorizing the destruction of the Debtor's records (the "**Motion**") and the Trustee having been contacted by Victor Deutch, Esq. ("**Deutch**") seeking to take possession of the six (6) large bankers' boxes of Debtor's records that were acquired from Deutch & Associates, LLC, the Trustee having no objection to such turnover, which is consistent with the New Jersey Rules of Professional Conduct; due and proper notice of the Motion having been given; the Court having considered the papers in support of the Motion and opposition thereto, if any; and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. Deutch is authorized, at his sole expense, to take possession of the six (6) large bankers' boxes of Debtor's records held by the Trustee that had been acquired from Deutch & Associates, LLC. These records are located in the office of the Trustee's counsel in Roseland, New Jersey.

3. If Deutch does not take possession of the six (6) large bankers' boxes of Debtor's records held by the Trustee and located in her counsel's Roseland office within thirty (30) days of the entry of this Order, the Trustee is then authorized to destroy them.

4. As of the entry of this Order, the Trustee is authorized to destroy any and all other books and records in her possession and/or control.