**McMANIMON, SCOTLAND
& BAUMANN, LLC**
427 Riverview Plaza
Trenton, New Jersey 08611
(609) 695-6070
Andrea Dobin (adobin@msbnj.com)
Scott D. Platton (splatton@msbnj.com)
*Counsel to Andrea Dobin,*
*Chapter 7 Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 18-16859 (CMG) |
| NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK, | Chapter 7 |
| | Honorable Christine M. Gravelle |
| Debtor. | |

### CERTIFICATION OF SERVICE

1.  I, Maria Ramos:

    ☒ am a legal assistant employed by McManimon, Scotland & Baumann, LLC, attorneys for Andrea Dobin, Chapter 7 Trustee for National Management and Preservation Services LLC, d/b/a National Field Network.

2.  On May 28, 2025, a copy of the following pleadings were served on the parties listed in the chart below:

    a) Revised Proposed Order Authorizing the Destruction of Records
    b) Supplemental Certification of Andrea Dobin
    c) This Certification of Service

    I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: May 28, 2025                            */s/Maria Ramos*
                                                              Maria Ramos

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chad Friedman, Esq.<br>Ravin Greenberg, LLC<br>24 Commerce Street<br>Newark, NJ 07102 | *Attorneys for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Brian L. Baker, Esq.<br>Ravin Greenberg, LLC<br>24 Commerce Street<br>Newark, NJ 07102 | *Attorneys for Debtor* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Derek J. Baker, Esq.<br>Reed Smith, LLP<br>Princeton Forrestal Village<br>136 Main Street, Suite. 250<br>Princeton, NJ 08540 | *Attorney for Creditor Reverse Mortgage Solutions, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Lauren Bielskie, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | *US Trustee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Victor A. Deutch, Esq.<br>Deutch & Associates, LLC<br>1000 US Highway 9 North, Suite 204<br>Woodbridge, NJ 07095 | *Interested Party* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Hugo S. DeBeaubien, Esq.<br>Shumaker<br>101 East Kennedy Boulevard, Suite 2800<br>Tampa, FL 33602 | *Attorney for Creditor ALL PRO Asset Solutions, Inc.* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Theodore Edwards, Esq.<br>The Banks Law Firm, P.A.<br>4309 Emperor Boulevard, Suite 110<br>Durham, NC 27703 | *Attorney for Creditor Complete Property Restoration and Winterizing, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Allen Etish, Esq.<br>Earp Cohn, PC<br>20 Brace Road, 4th Floor<br>Cherry Hill, NJ 08033 | *Requested Service* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis, LLP<br>75 Livingston Avenue<br>Roseland, NJ 07068 | *Attorney for Jack Jaffa* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Joseph H. Lemkin, Esq.<br>Stark & Stark<br>PO Box 5315<br>Princeton, NJ 08543 | *Attorneys for Creditor Amrose Homes, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Timothy McNichols, Esq.<br>Dasti, McGuckin, McNichols, Connors, Anthony & Buckley<br>620 W. Lacey Road<br>Forked River, NJ 08731 | *Attorney for Creditor the Township of Howell* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07962 | *Attorney for Creditor Federal National Mortgage Association* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Kevin C. Orr, Esq.<br>Law Offices of Kevin C. Orr<br>33 Washington Street<br>Suite 1010<br>Newark, NJ 07102 | *Attorney for Creditor Epic Property Services, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Eric R. Perkins, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068-1031 | *Attorney for Creditor L&Y Services* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Ron Satija, Esq.<br>Hayward PLLC<br>7600 Burnet Road<br>Ste 530<br>Austin, TX 78757 | *Attorney for Creditor Texas Property Solutions* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Nicola G. Suglia, Esq.<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North<br>Suite 305<br>Marlton, NJ 08053 | *Attorney for Creditor LEAF Capital Funding, LLC* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| David E. Shaver, Esq.<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | *Attorney for the Unsecured Creditor's Committee* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail<br>☐ Other: |

3