Order Filed on June 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin, Esq. (adobin@msbnj.com)<br>Scott D. Platton, Esq. (splatton@msbnj.com)<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | |
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

### ORDER AUTHORIZING THE DESTRUCTION OF RECORDS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Caption: | Order Authorizing the Destruction of Records |

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of National Management & Preservation Services, LLC, d/b/a National Field Network (the "**Debtor**"), by and through counsel, upon the filing of a motion for the entry of an order authorizing the destruction of records (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to destroy the books and records in her possession and/or control that were obtained from and/or belong to Victor Deutch and Deutch & Associates, LLC.

4916-9732-7161, v. 1