| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **MCMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin, Esq. (adobin@msbnj.com)<br>Scott D. Platton, Esq. (splatton@msbnj.com)<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | Order Filed on June 10, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, U.S.B.J. |

### ORDER AUTHORIZING THE DESTRUCTION OF RECORDS

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 10, 2025**

*Honorable Christine M. Gravelle, Chief Judge*
*United States Bankruptcy Judge*

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Caption: | Order Authorizing the Destruction of Records |

---

**THIS MATTER,** having been presented to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") in the bankruptcy proceeding of National Management & Preservation Services, LLC, d/b/a National Field Network (the "**Debtor**"), by and through counsel, upon the filing of a motion for the entry of an order authorizing the destruction of records (the "**Motion**"); and due and proper notice of the Motion having been given; and the Court having considered the papers in support of the Motion and opposition thereto, if any; and good cause having been shown, it is hereby:

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to destroy the books and records in her possession and/or control that were obtained from and/or belong to Victor Deutch and Deutch & Associates, LLC.

4916-9732-7161, v. 1

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 18-16859-CMG
National Management and Preservation Ser     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jun 10, 2025     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | National Management and Preservation Services LLC, 73 Broad St, Ste 3, Red Bank, NJ 07701-1979 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen Etish | on behalf of Attorney Allen A. Etish aetish@earpcohn.com, clmontana@earpcohn.com |
| Andrea Dobin | on behalf of Accountant Withum Smith & Brown PC adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Spec. Counsel McManimon Scotland & Baumann, LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrew J. Kelly | on behalf of Defendant Shari Nott akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Anthony Sodono, III
    on behalf of Trustee Bunce Atkinson asodono@msbnj.com

Brett S. Moore
    on behalf of Creditor Federal National Mortgage Association bsmoore@pbnlaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian L. Baker
    on behalf of Debtor National Management and Preservation Services LLC bbaker@ravingreenberg.com

Bruce J. Wisotsky
    on behalf of Mediator Bruce Wisotsky bwisotsky@nmmlaw.com  mcamacho@nmmlaw.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Chad Brian Friedman
    on behalf of Debtor National Management and Preservation Services LLC cfriedman@ravingreenberg.com

Daniel E. Straffi
    on behalf of Defendant Jonathan Oglensky bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Shaver
    on behalf of Petitioning Creditor The Cole Team  Inc. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Creditor Committee Unsecured Creditor's Committee dshaver@bnfsbankruptcy.com
    shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Petitioning Creditor Eleuteria Sandra Hering dshaver@bnfsbankruptcy.com  shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Petitioning Creditor Garden State Property Services  Inc. dshaver@bnfsbankruptcy.com,
    shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Attorney David E. Shaver  Esq. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Creditor Roberts Real Estate d/b/a Quick Shine Property Services dshaver@bnfsbankruptcy.com
    shaver.davidb@notify.bestcase.com

David G. Beslow
    on behalf of Defendant Emma Rose Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
    on behalf of Defendant Sophie J. Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
    on behalf of Defendant Blake Eugene Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
    on behalf of Defendant Rachel M. Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Derek J. Baker
    on behalf of Creditor Reverse Mortgage Solutions  Inc dbaker@reedsmith.com

Donald F. Campbell, Jr.
    on behalf of Mediator Donald F. Campbell  Jr. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Eric R. Perkins
    on behalf of Creditor L&Y Services EPerkins@hlgslaw.com  tcolombini@hlgslaw.com

Gianna M Casola
    on behalf of Trustee Andrea Dobin gcasola@msbnj.com

Joseph H. Lemkin
    on behalf of Creditor Amrose Homes  LLC jlemkin@stark-stark.com

Joseph L. Schwartz
    on behalf of Defendant American Express Company jschwartz@riker.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Kevin C. Orr
    on behalf of Creditor Epic Property Services  LLC firm@orr-law.com, firm@orr-law.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Michele M. Dudas
    on behalf of Trustee Bunce Atkinson mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin  Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin  Trustee mdudas@msbnj.com

Michele M. Dudas
    on behalf of Trustee Andrea Dobin mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin  Trustee mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com

Nancy Isaacson
    on behalf of Defendant Jack Jaffa nisaacson@greenbaumlaw.com

Nancy Isaacson
    on behalf of Unknown Role Type Jack Jaffa nisaacson@greenbaumlaw.com

Nicholas Norcia
    on behalf of Defendant Shari Nott nnorcia@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Nicola G. Suglia
    on behalf of Creditor Fleischer  Fleischer & Suglia, PC c/o LEAF Capital Funding, LLC fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com

Ron Satija
    on behalf of Creditor Texas Property Solutions rsatija@haywardfirm.com

Scott D. Platton
    on behalf of Trustee Andrea Dobin splatton@msbnj.com

Timothy McNichols
    on behalf of Creditor Township of Howell Tmcnichols@dmmlawfirm.com

Travis Graga
    on behalf of Defendant Shari Nott travisgraga@gmail.com

Turner Falk
    on behalf of Defendant The George Washington University turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Victor A. Deutch
    on behalf of Attorney Deutch & Associates LLC vdeutch@deutchassociates.com

Victor A. Deutch
    on behalf of Defendant Deutch & Associates  LLC vdeutch@deutchassociates.com

TOTAL: 52