| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(973) 622-1800<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin,*<br>*Chapter 7 Trustee* |
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC d/b/a NATIONAL FIELD NETWORK.,<br><br>Debtor. |

Case No.  18-16859 (CMG)

Chapter 7

Honorable Christine M. Gravelle, Chief U.S.B.J.

**Hearing Date and Time:**
**August 5, 2025, at 10:00 a.m.**

## ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN ANDREA DOBIN, CHAPTER 7 TRUSTEE AND PROPERTY MANAGEMENT, INC. PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019, AND FOR RELATED RELIEF

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

(Page 2)

Debtor:       National Management & Preservation Services, LLC, d/b/a National Field Network
Case No.:     18-16859 (CMG)
Caption:      Order Approving Settlement and Compromise Between Andrea Dobin, Chapter 7 Trustee
              and Property Management, Inc. Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.
              9019, and for Related Relief

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"), upon the motion for entry of an Order approving the settlement reached between the Trustee, on the one hand, and Property Management, Inc. ("**PMI**"), on the other hand, pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("**Motion**"); and notice having been provided to counsel to PMI, the Office of the United States Trustee, Debtor's counsel and other parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Trustee's Motion be and hereby is granted in its entirety; and it is further

**ORDERED** that the Settlement, as the term is defined in the Motion, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction with respect to any and all issues relating to the enforcement of the Settlement.