UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(973) 622-1800
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Andrea Dobin,*
*Chapter 7 Trustee*

**Order Filed on July 29, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

NATIONAL MANAGEMENT &
PRESERVATION SERVICES, LLC d/b/a
NATIONAL FIELD NETWORK.,

               Debtor.

Case No.  18-16859 (CMG)

Chapter 7

Honorable Christine M. Gravelle,
Chief U.S.B.J.

 **Hearing Date and Time:**
 **July 29, 2025, at 10:00 a.m.**

**ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN ANDREA DOBIN, CHAPTER 7 TRUSTEE AND GEORGE WASHINGTON UNIVERSITY PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019, AND FOR RELATED RELIEF**

    The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 29, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

Debtor:        National Management & Preservation Services, LLC, d/b/a National Field Network
Case No.:      18-16859 (CMG)
Caption:       Order Approving Settlement and Compromise Between Andrea Dobin, Chapter 7 Trustee
               and George Washington University Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P.
               9019, and for Related Relief

---

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"), upon the motion for entry of an Order approving the settlement reached between the Trustee, on the one hand, and George Washington University ("**GWU**"), on the other hand, respecting a resolution regarding alleged fraudulent transfers made to GWU by judgment-debtor Shari Nott ("**Nott**") totaling $63,901.79 in exchange for payment by GWU of $15,000 (the "**Settlement**") pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("**Motion**"); and notice having been provided to counsel to GWU, the Office of the United States Trustee, Debtor's counsel and other parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Trustee's Motion be and hereby is granted in its entirety; and it is further

**ORDERED** that the Settlement, as more fully described in the Motion, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction with respect to any and all issues relating to the enforcement of the Settlement and this Order.