| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(973) 622-1800<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin,*<br>*Chapter 7 Trustee* | <br><br>**Order Filed on July 29, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>NATIONAL MANAGEMENT &<br>PRESERVATION SERVICES, LLC d/b/a<br>NATIONAL FIELD NETWORK.,<br><br>                Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle,<br>Chief U.S.B.J.<br><br>**Hearing Date and Time:**<br>**July 29, 2025, at 10:00 a.m.** |

**ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN ANDREA DOBIN, CHAPTER 7 TRUSTEE AND GEORGE WASHINGTON UNIVERSITY PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019, AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: July 29, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Caption: | Order Approving Settlement and Compromise Between Andrea Dobin, Chapter 7 Trustee and George Washington University Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for Related Relief |

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"), upon the motion for entry of an Order approving the settlement reached between the Trustee, on the one hand, and George Washington University ("**GWU**"), on the other hand, respecting a resolution regarding alleged fraudulent transfers made to GWU by judgment-debtor Shari Nott ("**Nott**") totaling $63,901.79 in exchange for payment by GWU of $15,000 (the "**Settlement**") pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("**Motion**"); and notice having been provided to counsel to GWU, the Office of the United States Trustee, Debtor's counsel and other parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Trustee's Motion be and hereby is granted in its entirety; and it is further

**ORDERED** that the Settlement, as more fully described in the Motion, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction with respect to any and all issues relating to the enforcement of the Settlement and this Order.

4908-6001-1090, v. 1

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 18-16859-CMG
National Management and Preservation Ser     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jul 29, 2025     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | National Management and Preservation Services LLC, 73 Broad St, Ste 3, Red Bank, NJ 07701-1979 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen Etish | on behalf of Attorney Allen A. Etish aetish@earpcohn.com, clmontana@earpcohn.com |
| Andrea Dobin | on behalf of Accountant Withum Smith & Brown PC adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Spec. Counsel McManimon Scotland & Baumann, LLC adobin@msbnj.com, cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | ecftrusteead@msbnj.com  NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Andrew J. Kelly | on behalf of Defendant Shari Nott akelly@kbtlaw.com  wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com |
| Anne S. Cantwell | on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com  fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com |

Case 18-16859-CMG    Doc 385    Filed 07/31/25    Entered 08/01/25 00:12:56    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Anthony Sodono, III | on behalf of Trustee Bunce Atkinson asodono@msbnj.com |
| Brett S. Moore | on behalf of Creditor Federal National Mortgage Association bsmoore@pbnlaw.com pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com |
| Brian L. Baker | on behalf of Debtor National Management and Preservation Services LLC bbaker@ravingreenberg.com |
| Bruce J. Wisotsky | on behalf of Mediator Bruce Wisotsky bwisotsky@nmmlaw.com  mcamacho@nmmlaw.com |
| Bunce Atkinson | on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Chad Brian Friedman | on behalf of Debtor National Management and Preservation Services LLC cfriedman@ravingreenberg.com |
| Daniel E. Straffi | on behalf of Defendant Jonathan Oglensky bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| David E. Shaver | on behalf of Petitioning Creditor The Cole Team  Inc. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com |
| David E. Shaver | on behalf of Creditor Committee Unsecured Creditor's Committee dshaver@bnfsbankruptcy.com shaver.davidb@notify.bestcase.com |
| David E. Shaver | on behalf of Petitioning Creditor Eleuteria Sandra Hering dshaver@bnfsbankruptcy.com  shaver.davidb@notify.bestcase.com |
| David E. Shaver | on behalf of Petitioning Creditor Garden State Property Services  Inc. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com |
| David E. Shaver | on behalf of Attorney David E. Shaver  Esq. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com |
| David E. Shaver | on behalf of Creditor Roberts Real Estate d/b/a Quick Shine Property Services dshaver@bnfsbankruptcy.com shaver.davidb@notify.bestcase.com |
| David G. Beslow | on behalf of Defendant Emma Rose Oglensky yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Defendant Sophie J. Oglensky yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Defendant Blake Eugene Oglensky yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Defendant Rachel M. Oglensky yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Derek J. Baker | on behalf of Creditor Reverse Mortgage Solutions  Inc dbaker@reedsmith.com |
| Donald F. Campbell, Jr. | on behalf of Mediator Donald F. Campbell  Jr. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com |
| Eric R. Perkins | on behalf of Creditor L&Y Services EPerkins@hlgslaw.com tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com |
| Gianna M Casola | on behalf of Trustee Andrea Dobin gcasola@msbnj.com |
| Joseph H. Lemkin | on behalf of Creditor Amrose Homes  LLC jlemkin@stark-stark.com |
| Joseph L. Schwartz | on behalf of Defendant American Express Company jschwartz@riker.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 29, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Kevin C. Orr
    on behalf of Creditor Epic Property Services LLC firm@orr-law.com, firm@orr-law.com

Lauren Bielskie
    on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov

Michele M. Dudas
    on behalf of Trustee Bunce Atkinson mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin Trustee mdudas@msbnj.com

Michele M. Dudas
    on behalf of Trustee Andrea Dobin mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin Trustee mdudas@msbnj.com

Michele M. Dudas
    on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com

Nancy Isaacson
    on behalf of Defendant Jack Jaffa nisaacson@greenbaumlaw.com

Nancy Isaacson
    on behalf of Unknown Role Type Jack Jaffa nisaacson@greenbaumlaw.com

Nicholas Norcia
    on behalf of Defendant Shari Nott nnorcia@kbtlaw.com akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com

Nicola G. Suglia
    on behalf of Creditor Fleischer Fleischer & Suglia, PC c/o LEAF Capital Funding, LLC fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com

Ron Satija
    on behalf of Creditor Texas Property Solutions rsatija@haywardfirm.com

Scott D. Platton
    on behalf of Trustee Andrea Dobin splatton@msbnj.com

Timothy McNichols
    on behalf of Creditor Township of Howell Tmcnichols@dmmlawfirm.com

Travis Graga
    on behalf of Defendant Shari Nott travisgraga@gmail.com

Turner Falk
    on behalf of Defendant The George Washington University turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Victor A. Deutch
    on behalf of Attorney Deutch & Associates LLC vdeutch@deutchassociates.com

Victor A. Deutch
    on behalf of Defendant Deutch & Associates LLC vdeutch@deutchassociates.com

TOTAL: 52