| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **McMANIMON, SCOTLAND<br>& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(973) 622-1800<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin,*<br>*Chapter 7 Trustee* | |
| In re:<br><br>NATIONAL MANAGEMENT &<br>PRESERVATION SERVICES, LLC d/b/a<br>NATIONAL FIELD NETWORK.,<br><br>                Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle,<br>Chief U.S.B.J.<br><br>**Hearing Date and Time:**<br>**August 5, 2025, at 10:00 a.m.** |

Order Filed on August 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN ANDREA DOBIN, CHAPTER 7 TRUSTEE AND PROPERTY MANAGEMENT, INC. PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019, AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 5, 2025**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Caption: | Order Approving Settlement and Compromise Between Andrea Dobin, Chapter 7 Trustee and Property Management, Inc. Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for Related Relief |

---

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"), upon the motion for entry of an Order approving the settlement reached between the Trustee, on the one hand, and Property Management, Inc. ("**PMI**"), on the other hand, pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("**Motion**"); and notice having been provided to counsel to PMI, the Office of the United States Trustee, Debtor's counsel and other parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Trustee's Motion be and hereby is granted in its entirety; and it is further

**ORDERED** that the Settlement, as the term is defined in the Motion, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction with respect to any and all issues relating to the enforcement of the Settlement.

4891-2464-7404, v. 1