

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(973) 622-1800<br>Andrea Dobin (adobin@msbnj.com)<br>Michele M. Dudas (mdudas@msbnj.com)<br>*Counsel to Andrea Dobin,*<br>*Chapter 7 Trustee* |
| In re:<br><br>NATIONAL MANAGEMENT &<br>PRESERVATION SERVICES, LLC d/b/a<br>NATIONAL FIELD NETWORK.,<br><br>                    Debtor. |

Order Filed on August 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  18-16859 (CMG)

Chapter 7

Honorable Christine M. Gravelle,
Chief U.S.B.J.

**Hearing Date and Time:**
**August 5, 2025, at 10:00 a.m.**

**ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN ANDREA DOBIN, CHAPTER 7 TRUSTEE AND PROPERTY MANAGEMENT, INC. PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019, AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: August 5, 2025**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | National Management & Preservation Services, LLC, d/b/a National Field Network |
| Case No.: | 18-16859 (CMG) |
| Caption: | Order Approving Settlement and Compromise Between Andrea Dobin, Chapter 7 Trustee and Property Management, Inc. Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for Related Relief |

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"), upon the motion for entry of an Order approving the settlement reached between the Trustee, on the one hand, and Property Management, Inc. ("**PMI**"), on the other hand, pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("**Motion**"); and notice having been provided to counsel to PMI, the Office of the United States Trustee, Debtor's counsel and other parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Trustee's Motion be and hereby is granted in its entirety; and it is further

**ORDERED** that the Settlement, as the term is defined in the Motion, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction with respect to any and all issues relating to the enforcement of the Settlement.

4891-2464-7404, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-16859-CMG
National Management and Preservation Ser  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Aug 05, 2025  Form ID: pdf903  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | National Management and Preservation Services LLC, 73 Broad St, Ste 3, Red Bank, NJ 07701-1979 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2025 at the address(es) listed below:

**Name**  **Email Address**

Allen Etish
    on behalf of Attorney Allen A. Etish aetish@earpcohn.com, clmontana@earpcohn.com

Andrea Dobin
    on behalf of Accountant Withum Smith & Brown PC adobin@msbnj.com cgallo@msbnj.com

Andrea Dobin
    on behalf of Attorney McManimon Scotland & Baumann LLC adobin@msbnj.com cgallo@msbnj.com

Andrea Dobin
    on behalf of Spec. Counsel McManimon Scotland & Baumann, LLC adobin@msbnj.com, cgallo@msbnj.com

Andrea Dobin
    on behalf of Trustee Andrea Dobin adobin@msbnj.com cgallo@msbnj.com

Andrea Dobin
    ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Andrew J. Kelly
    on behalf of Defendant Shari Nott akelly@kbtlaw.com wsheridan@kbtlaw.com;nnorcia@kbtlaw.com;sschwimmer@kbtlaw.com

Anne S. Cantwell
    on behalf of Mediator Anne S. Cantwell (Mediator) ACantwell@shermansilverstein.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 05, 2025 | Form ID: pdf903 | Total Noticed: 1 |

fmcallister@shermansilverstein.com;jbaugh@shermansilverstein.com

Anthony Sodono, III
    on behalf of Trustee Bunce Atkinson asodono@msbnj.com

Brett S. Moore
    on behalf of Creditor Federal National Mortgage Association bsmoore@pbnlaw.com
    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;jmoconnor@pbnlaw.com

Brian L. Baker
    on behalf of Debtor National Management and Preservation Services LLC bbaker@ravingreenberg.com

Bruce J. Wisotsky
    on behalf of Mediator Bruce Wisotsky bwisotsky@nmmlaw.com  mcamacho@nmmlaw.com

Bunce Atkinson
    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com
    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com

Chad Brian Friedman
    on behalf of Debtor National Management and Preservation Services LLC cfriedman@ravingreenberg.com

Daniel E. Straffi
    on behalf of Defendant Jonathan Oglensky bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

David E. Shaver
    on behalf of Petitioning Creditor The Cole Team  Inc. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Creditor Committee Unsecured Creditor's Committee dshaver@bnfsbankruptcy.com
    shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Petitioning Creditor Eleuteria Sandra Hering dshaver@bnfsbankruptcy.com  shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Petitioning Creditor Garden State Property Services  Inc. dshaver@bnfsbankruptcy.com,
    shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Attorney David E. Shaver  Esq. dshaver@bnfsbankruptcy.com, shaver.davidb@notify.bestcase.com

David E. Shaver
    on behalf of Creditor Roberts Real Estate d/b/a Quick Shine Property Services dshaver@bnfsbankruptcy.com
    shaver.davidb@notify.bestcase.com

David G. Beslow
    on behalf of Defendant Emma Rose Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
    on behalf of Defendant Sophie J. Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
    on behalf of Defendant Blake Eugene Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
    on behalf of Defendant Rachel M. Oglensky yrodriguez@goldmanlaw.org
    yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Derek J. Baker
    on behalf of Creditor Reverse Mortgage Solutions  Inc dbaker@reedsmith.com

Donald F. Campbell, Jr.
    on behalf of Mediator Donald F. Campbell  Jr. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Eric R. Perkins
    on behalf of Creditor L&Y Services EPerkins@hlgslaw.com
    tcolombini@hlgslaw.com;Perkins.EricB146050@notify.bestcase.com

Gianna M Casola
    on behalf of Trustee Andrea Dobin gcasola@msbnj.com

Joseph H. Lemkin
    on behalf of Creditor Amrose Homes  LLC jlemkin@stark-stark.com

Case 18-16859-CMG    Doc 387    Filed 08/07/25    Entered 08/08/25 00:16:21    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Joseph L. Schwartz | on behalf of Defendant American Express Company jschwartz@riker.com |
| Kevin C. Orr | on behalf of Creditor Epic Property Services  LLC firm@orr-law.com, firm@orr-law.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Michele M. Dudas | on behalf of Trustee Bunce Atkinson mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin  Chapter 7 Trustee for National Management & Preservation Services, LLC, d/b/a National Field Network mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin  Trustee mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Trustee Andrea Dobin mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin  Trustee mdudas@msbnj.com |
| Michele M. Dudas | on behalf of Plaintiff Andrea Dobin mdudas@msbnj.com |
| Nancy Isaacson | on behalf of Defendant Jack Jaffa nisaacson@greenbaumlaw.com |
| Nancy Isaacson | on behalf of Unknown Role Type Jack Jaffa nisaacson@greenbaumlaw.com |
| Nicholas Norcia | on behalf of Defendant Shari Nott nnorcia@kbtlaw.com  akelly@kbtlaw.com;wsheridan@kbtlaw.com;sschwimmer@kbtlaw.com |
| Nicola G. Suglia | on behalf of Creditor Fleischer  Fleischer & Suglia, PC c/o LEAF Capital Funding, LLC fleischercases@fleischerlaw.com, fleischercases@fleischerlaw.com |
| Ron Satija | on behalf of Creditor Texas Property Solutions rsatija@haywardfirm.com |
| Scott D. Platton | on behalf of Trustee Andrea Dobin splatton@msbnj.com |
| Timothy McNichols | on behalf of Creditor Township of Howell Tmcnichols@dmmlawfirm.com |
| Travis Graga | on behalf of Defendant Shari Nott travisgraga@gmail.com |
| Turner Falk | on behalf of Defendant The George Washington University turner.falk@saul.com catherine.santangelo@saul.com;tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor A. Deutch | on behalf of Attorney Deutch & Associates LLC vdeutch@deutchassociates.com |
| Victor A. Deutch | on behalf of Defendant Deutch & Associates  LLC vdeutch@deutchassociates.com |

TOTAL: 52