**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Andrea Dobin, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC, d/b/a NATIONAL FIELD NETWORK,<br><br>Debtor. | Case No. 18-16859 (CMG)<br><br>Chapter 7<br><br>Honorable Christine M. Gravelle, Chief U.S.B.J. |

## CERTIFICATION OF SERVICE

1. I, Daniel Baek, am a legal assistant employed by McManimon, Scotland & Baumann, LLC, attorneys for Andrea Dobin, Chapter 7 Trustee for National Management and Preservation Services LLC, d/b/a National Field Network, Chapter 7 Debtor in the above-captioned matter.

2. On October __, 2026, a copy of the following pleadings were served on the parties listed in the chart below:

   - Notice of Motion of Andrea Dobin, Chapter 7 Trustee, for Entry of an Order Approving the Settlement and Compromise with Emerson College Pursuant to Section 105(a) of the Bankruptcy Code and Fed. R. Bankr. P. 9019 ("Motion");
   - Certification in support of the Motion;
   - Memorandum of Law in support of Motion; and
   - Proposed Order granting Motion.

I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: October 26, 2026

*/s/ Daniel Baek*
DANIEL BAEK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chad Friedman, Esq.<br>Ravin Greenberg, LLC<br>24 Commerce Street<br>Newark, NJ 07102 | *Attorneys for Debtor* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Lauren Bielskie, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | *US Trustee* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| David E. Shaver, Esq.<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | *Attorneys for Garden State Property Services, Inc.; The Cole Team, Inc.; and Eleuteria Sandra Hering d/b/a El Paso Property Construction, Petitioning Creditors* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Reed Smith LLP<br>Princeton Forrestal Village<br>136 Main Street, Suite 2540<br>Princeton, NJ 08543 | *Attorneys for Reverse Mortgage Solutions, Inc. (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Joseph H. Lemkin, Esq.<br>Stark & Stark, P.C.<br>993 Lenox Drive, Building 2<br>PO Box 5315<br>Princeton, NJ 08543 | *Attorneys for Amrose Homes, LLC, Creditor (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Kevin C. Orr, Esq.<br>Law Offices of Kevin Crawford Orr<br>33 Washington Street, Suite 1010<br>Newark, New Jersey 07102 | *Attorneys for Epic Property Services, LLC, Creditor (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Timothy J. McNichols, Esq.<br>Dasti Murphy McGuckin Ulaky Koutsouris & Connors<br>620 W. Lacey Road<br>Forked River, NJ 08731 | *Attorneys for Township of Howell (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Nicole G. Suglia, Esq.<br>Fleischer, Fleischer & Suglia, P.C.<br>Four Greentree Centre<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053 | *Attorneys for LEAF Capital Funding, LLC (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Allen A. Etish, Esq.<br>Earp Cohn P.C.<br>20 Brace Road, Suite 400<br>Cherry Hill, NJ 08034 | *Attorney for Lakapro Property, LLC (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| VRP Corp.<br>Attn: Lauren McLelland<br>161 Pond Street<br>Weymouth, MA 02190 | *(NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Eric R. Perkins, Esq.<br>Becker, LLC<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Ste. 1500<br>Livingston, NJ 07038 | *Attorneys for L&Y Services (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Nancy Isaacson, Esq.<br>Greenbaum, Rowe, Smith & Davis, LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, NJ 07068 | *Attorneys for Jack Jaffa (NOA filed)* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |
| Phillip S. Pavlick, Esq.<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102 | *Attorneys for Emerson College, Settling Party* | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified Mail<br>☐ Other: |