UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>NATIONAL MANAGEMENT &<br>& PRESERVATION SERVICES, LLC,<br>d/b/a NATIONAL FIELD NETWORK, | Case No.: 18-16859 (CMG)<br>Chapter: 7<br>Judge: Gravelle |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Andrea Dobin, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne Naughton, Clerk<br>United States Bankruptcy Court<br>402 East State Street<br>Trenton, New Jersey 08608 |

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on November 24, 2026 at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street, Trenton, New Jersey 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| | |
|---|---|
| Nature of action: | The Trustee, as a judgment creditor of Shari Nott ("Nott"), pursued recovery of alleged fraudulent transfers in the amount of $42,414.84 against Emerson College ("Emerson") for tuition payments made by Nott on behalf of Nott's daughters. |

| | |
|---|---|
| Pertinent terms of settlement: | Upon obtaining Bankruptcy Court approval, Emerson will pay the Trustee $17,500 in complete satisfaction of any and all claims ("Settlement"). Based upon the time, expense and uncertainty of litigation and defenses asserted by Emerson, the Trustee submits that the Settlement is in the best interests of the Estate. A motion to approve the Settlement is being filed simultaneously herewith. |

Objections must be served on, and requests for additional information directed to:

Name: Michele M. Dudas, Esq. | McManimon, Scotland & Baumann, LLC

Address: 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068

Telephone No.: (973) 622-1800 | mdudas@msbnj.com

*rev.8/1/15*