Order Filed on November 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ 08611
(973) 622-1800
Andrea Dobin (adobin@msbnj.com)
Michele M. Dudas (mdudas@msbnj.com)
*Counsel to Andrea Dobin,*
*Chapter 7 Trustee*

In re:

NATIONAL MANAGEMENT & PRESERVATION SERVICES, LLC d/b/a NATIONAL FIELD NETWORK.,

Debtor.

Case No. 18-16859 (CMG)

Chapter 7

Honorable Christine M. Gravelle,
Chief U.S.B.J.

**Hearing Date and Time:**
**November 24, 2026, at 10:00 a.m.**

**ORDER APPROVING SETTLEMENT AND COMPROMISE BETWEEN ANDREA DOBIN, CHAPTER 7 TRUSTEE AND EMERSON COLLEGE PURSUANT TO 11 U.S.C. § 105(a) AND FED. R. BANKR. P. 9019, AND FOR RELATED RELIEF**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: November 25, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Debtor: National Management & Preservation Services, LLC, d/b/a National Field Network
Case No.: 18-16859 (CMG)
Caption: Order Approving Settlement and Compromise Between Andrea Dobin, Chapter 7 Trustee and Emerson College Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for Related Relief

---

**THIS MATTER** having been presented to the Court by McManimon, Scotland & Baumann, LLC, counsel to Andrea Dobin, Chapter 7 Trustee ("**Trustee**") for National Management & Preservation Services, LLC, d/b/a National Field Network, Chapter 7 debtor ("**Debtor**"), upon the motion for entry of an Order approving the settlement reached between the Trustee, on the one hand, and Emerson College ("**Emerson**"), on the other hand, respecting a resolution regarding alleged fraudulent transfers made to Emerson by judgment-debtor Shari Nott ("**Nott**") totaling $42,414.84 in exchange for payment by Emerson of $17,500 (the "**Settlement**") pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and for related relief ("**Motion**"); and notice having been provided to counsel to Emerson, the Office of the United States Trustee, Debtor's counsel and other parties-in-interest, any party having filed a Notice of Appearance, and other parties in interest as set forth in the Certificate of Service; and the Court having considered the pleadings filed by the Trustee in support of the Motion and any opposition thereto, if any; and for other good cause having been shown,

**IT IS ORDERED** that the Trustee's Motion be and hereby is granted in its entirety; and it is further

**ORDERED** that the Settlement, as more fully described in the Motion, is approved in its entirety pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction with respect to any and all issues relating to the enforcement of the Settlement and this Order.